# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

## PACER Cover Sheet
## for Electronically Filed Documents

Any data shown here are current as of 06/11/06  . Any element of information on this form, except the received date, is subject to change as changes may be made to the Court's official docket.

**Case Title:**  Harold James Reed and Lou Ella Heath Reed

**Case Number:** 04-13222

### Document Information

**Description:** Notice of Entry of Appearance/Request For Notice By Paul M Fish for Creditor State National Bank.

**Received on:** 2004-05-07 13:48:01.000

**Date Filed:** 2004-05-06 00:00:00.000

**Date Entered On Docket:** 2004-05-06 00:00:00.000

### Filer Information

**Submitted By:** Conversion of Data from ACE legacy system

**If this form is attached to the document identified above, it serves as an endorsed copy of the document as it existed on the above date. To confirm that nothing has changed since then, review the docket.**

# UNITED STATE BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO
### ALBUQUERQUE DIVISION

In re:

**HAROLD JAMES REED and
LOU ELLA HEATH REED,**  Chapter 7

Debtors.  Case No. 7-04-13222-SS

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Modrall, Sperling, Roehl, Harris & Sisk, P.A. (Paul M. Fish), hereby enter its appearance as counsel for State National Bank. Pursuant to Section 1109(b) of the United States Bankruptcy Code and Rule 2002 of the Bankruptcy Rules, the undersigned requests that (i) all notices given or required to be served in this case and (ii) notice of any actions taken or motions filed in this case, including the abandonment of any estate assets, be given and serve upon the following:

Paul M. Fish, Esq.
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
Post Office Box 2168
Albuquerque, New Mexico 87103-2168
Telephone: (505)848-1800
Facsimile: (505)848-1882

MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.

By: _____
Paul M. Fish
Attorneys for State National Bank
Post Office Box 2168
Bank of America Centre, Suite 1000
500 Fourth Street, N.W.
Albuquerque, New Mexico 87103-2168
Telephone: (505) 848-1800



WE HEREBY CERTIFY that a true
and correct copy of the foregoing pleading
was mailed this 5th day of May, 2004
to the following:

Arnold W. Melbihess, Esq.
Attorney for Debtors
601 Tijeras Ave., N.W., Ste. 200A
Albuquerque, NM 87102

Yvette Gonzales
P.O. Box 1037
Placitas, NM 87043-0700

United States Trustee
P.O. Box 608
Albuquerque, NM 87103-0608

MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.

By: _____
Paul M. Fish

W377009.DOC